IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GRANT CARPENTER, as Special Administrator of the Estate of NIELSEN CONNER, deceased,<br><br>  Plaintiff,<br><br>v.<br><br>TURN KEY HEALTH CLINICS, LLC, et al.,<br><br>  Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. CIV-25-763-SLP<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

Before the Court are Motions to Dismiss [Doc. Nos. 18 and 19] filed by Defendants Garza and Meraz. Subsequent to the filing of Defendants' Motions, Plaintiff filed an Amended Complaint [Doc. No. 22]. "The [A]mended [C]omplaint, as the operative complaint, supersedes the original complaint's allegations[.]" *May v. Segovia*, 929 F.3d 1223, 1229 (10th Cir. 2019). Thus, those allegations are of "no legal effect." *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991). Accordingly, Defendants' Motions to Dismiss [Doc. Nos. 18 and 19] are DENIED AS MOOT.

IT IS SO ORDERED this 11th day of September, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE